

FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0598

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0598

FILED

DEC 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DARRIN LELAND REBER,

Defendant and Appellant.

ORDER

Darrin Leland Reber has filed two verified Petitions for an Out-of-Time Appeal, seeking to exhaust his remedies. Reber explains that he did have an appeal with this Court (No. DA 17-0577) "but it was dismissed due to procedural grounds." He states that he is seeking federal habeas corpus relief with the United States District Court "and was informed that [he] need[s] to allow the State an initial opportunity to pass upon and correct alleged violations of its prisoners' federal rights." He wants to present "newly discovered evidence" proving that he is innocent of the charges for his criminal cases.

Reber has exhausted the remedy of appeal for these cases here. This Court dismissed both of Reber's previous appeals because he did not file an opening brief in accordance with a March 28, 2019 Order directing him to do so. Instead, Reber filed various demands we deemed motions. This Court dismissed with prejudice his consolidated appeals on May 8, 2019. *State v. Reber*, No. DA 17-0577, Orders, (Mont. May 8, 2019).

Reber cannot seek another appeal of the same underlying cases a year and half later with this Court. These May 8, 2019 Orders were final. M. R. App. P. 19(2). "Under the doctrine of law of the case, a prior decision of this Court resolving a particular issue between the same parties in the same case is binding and cannot be relitigated." *State v. Gilder*, 2001 MT 121, ¶ 9, 305 Mont. 362, 28 P.3d 488 (citation omitted). While this Court

did not decide any issues, we decided that his appeal should be dismissed because Reber chose not to prosecute his appeal. We have applied the doctrines of law of the case and res judicata, meaning something that has already been adjudicated, to support this Court's practice "generally to refuse to reopen what has been decided[.]" *Gilder*, ¶¶ 9, 11 (citation omitted). Reber has provided no legal authority to circumvent res judicata and cannot now have a "second bite" of the same apple. Accordingly,

IT IS ORDERED that Reber's Petition for Out-of-Time Appeal is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Darrin Leland Reber personally.

DATED this 29th day of December, 2020.

                                                   Chief Justice

                                                   Justices